IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

HOA DINH NGUYEN,

    Plaintiff,

    v.

MICHAEL ASTRUE, Commissioner,
Social Security Administration,

    Defendant.

No. 3:11-cv-00360-JE

JUDGMENT

MOSMAN, J.,

    Based upon my Opinion and Order,

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED in part and the above-captioned matter is REMANDED for the immediate calculation of an award of benefits from November 7, 2005, through November 25, 2008. Pending motions, if any, are DENIED AS MOOT.

    DATED this __22__ day of May, 2012.

    /s/ Michael W. Mosman
    MICHAEL W. MOSMAN
    United States District Judge

PAGE 1 - JUDGMENT