Sharon Maynard, OSB# 925843
BENNETT, HARTMAN, MORRIS & KAPLAN
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
Phone:  (503) 227-4600
FAX :   (503) 248-6800
e-mail: maynards@bennetthartman.com
    Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

**HOA D. NGUYEN,**

    Plaintiff,

    v.

MICHAEL ASTRUE,
Commissioner, Social Security
Administration,

    Defendant.

Civil No. CV 11-360-JE

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that:   attorney fees in the amount of $7,223.60 and expenses in the amount of $52.55, pursuant to 28 U.S.C § 2412, and costs in the amount of $363.35, pursuant to 28 U.S.C § 1920, be awarded to Plaintiff for a total of $7,639.50. The check will be made payable to and mailed to Plaintiff's attorney unless Plaintiff owes a debt that is subject to recovery under the Treasury Offset.

DATED: _____17_____ day of __July__, 2012

_____
UNITED STATES DISTRICT JUDGE
Robert E. Jones

Submitted by:
/s/ Sharon Maynard
SHARON MAYNARD, OSB #925843
Attorney for Plaintiff

Page 1 - ORDER - EAJA FEES – H. NGUYEN